# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0904

VERSUS

SHELTON WILLIAMS

**JANUARY 7, 2026**

---

In Re:    Shelton Williams, applying for rehearing, 18th Judicial
          District Court, Parish of Iberville, No. 2017-CR-1370.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**REQUEST FOR REHEARING NOT CONSIDERED.** An application for rehearing will not be considered if this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1 & 2-18.7.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT